IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:00-CR-15-BO-1

| | |
|---|---|
| JERMAINE LAFONDA GIBBS, )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | **ORDER** |

This matter is before the Court on the petitioner's motion to terminate supervised release [DE 54]. After reviewing this matter and considering the factors set forth in 18 U.S.C. 3553, the Court DENIES the relief requested by the petitioner. The United States Probation office does not recommend the termination of the petitioner's supervised release at this time and the petitioner has set forth no compelling reason for this Court to do so. As such, the petitioner's motion is DENIED.

SO ORDERED.

This the __6__ day of May, 2013.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE